# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  TRACY K. GRISANZIO                          Case Number: 05-74155
        3216 ORLEANS AVENUE             SSN-xxx-xx-8973
        ROCKFORD, IL  61114

                                                Case filed on:      8/16/2005
                                                Plan Confirmed on:  10/14/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $32,200.96          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 202 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TRACY K. GRISANZIO | 0.00 | 0.00 | 1,044.56 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,044.56 | 0.00 |
| 001 | CITIZENS FINANCE | 9,800.00 | 9,800.00 | 9,800.00 | 2,447.11 |
| 002 | CENDANT MORTGAGE CORPORATION | 12,639.66 | 12,639.66 | 12,639.66 | 0.00 |
|  | Total Secured | 22,439.66 | 22,439.66 | 22,439.66 | 2,447.11 |
| 001 | CITIZENS FINANCE | 1,230.83 | 1,230.83 | 1,230.83 | 0.00 |
| 003 | MUTUAL MANAGEMENT SERVICES | 1,358.85 | 1,358.85 | 1,358.85 | 0.00 |
| 004 | ROCKFORD ANESTHESIOLOGISTS ASSOC | 91.00 | 91.00 | 91.00 | 0.00 |
| 005 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ROCKFORD MERCANTILE AGENCY INC | 95.54 | 95.54 | 95.54 | 0.00 |
| 007 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | JASON SHELTON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,776.22 | 2,776.22 | 2,776.22 | 0.00 |
|  | Grand Total: | 26,579.88 | 26,579.88 | 27,624.44 | 2,447.11 |

Total Paid Claimant:      $30,071.55
Trustee Allowance:        $2,129.41
Percent Paid Unsecured:       100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                              /s/ Lydia S. Meyer
                              Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009            By  /s/Heather M. Fagan